```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

DR. BRANDON MARQUIS PUBH BEY, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 16-0171-CB-M
:
DETECTIVE BRIDGEFORD, :
:
    Defendant. :

<u>ORDER</u>

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 29th day of July, 2016.

                                         <u>s/Charles R. Butler, Jr.</u>
                                         CHARLES R. BUTLER, JR.
                                         SENIOR UNITED STATES DISTRICT JUDGE