```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                    SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION


DR. BRANDON MARQUIS PUBH BEY,    :
                                 :
     Plaintiff,                  :
                                 :
vs.                              :   CIVIL ACTION 16-0171-CB-M
                                 :
DETECTIVE BRIDGEFORD,            :
                                 :
     Defendant.                  :
```

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 29th day of July, 2016.

>                          s/Charles R. Butler, Jr.
>                          CHARLES R. BUTLER, JR.
>                          SENIOR UNITED STATES DISTRICT JUDGE